IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:17-cv-97-D

| | |
|---|---|
| PAMELA HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| NANCY BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of an Order to seal Plaintiff's Complaint filed at docket entries 4 and 6 due to it containing Plaintiff's Social Security number,

It is therefore ORDERED that docket entries 4 and 6 be sealed and only the redacted version be accessible pursuant to Fed.R.Civ.P. 5(a)(1).

SO ORDERED. This __1__ day of June 2017.

_____
JAMES C. DEVER III
Chief United States District Judge