UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


PAMELA HILL,                                          )
                                                     )
                    Plaintiff,                       )
                                                     )      **JUDGMENT IN A CIVIL CASE**
         v.                                          )
                                                     )      **CASE NO. 7:17-CV-97-D**
NANCY A. BERRYHILL, Acting Commissioner              )
of Social Security,                                  )
                    Defendant.                       )


**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the
M&R [D.E. 25]. In sum, plaintiffs motion for judgment on the pleadings [D.E. 19] is DENIED,
defendant's motion for judgment on the pleadings [D.E. 22] is GRANTED, defendant's final
decision is AFFIRMED, and this action is DISMISSED.


**This Judgment Filed and Entered on August 9, 2018, and Copies To:**
Charlotte Williams Hall                          (via CM/ECF electronic notification)
Mark J. Goldenberg                               (via CM/ECF electronic notification)


DATE:                                    PETER A. MOORE, JR., CLERK
August 9, 2018                           (By) /s/ Nicole Sellers
                                          Deputy Clerk